## Commonwealth *v.* Streets, Appellant.

Submitted March 18, 1974. *Lee Mandell,* for appellant; *John H. Isom* and *David Richman,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.